# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

DENNIS METCALF                                                                PLAINTIFF

V.                                         CASE NO. 5:18-CV-5190

OZARK WAFFLES, LLC                                                            DEFENDANT

## OPINION AND ORDER

On October 9, 2018, the Court entered an Initial Scheduling Order (Doc. 10) setting a Rule 16 case management hearing for November 27, 2018 at 10:30 a.m. Apart from a limited exception for out-of-area attorneys, the Court requires that attorneys of record for each party appear in person at this hearing.

When the hearing commenced on November 27, 2018, counsel for the Defendants was present, but Michael J. Dodson, counsel for Plaintiff Dennis Metcalf, failed to appear. The Court then unsuccessfully attempted to make contact by telephone with Mr. Dodson, ultimately leaving a voicemail message. It then went off the record. Having not heard from Mr. Dodson by 11 a.m., the Court went back on the record, at which point it tried—this time successfully—to reach him to inquire about the reasons for his absence from the Court's scheduled conference. During that conversation, the Court informed Mr. Dodson that it would shortly be issuing a show cause order.

Pursuant to that conversation, **IT IS THEREFORE ORDERED** that Mr. Dodson is given until December 7, 2018 to file a response to this order showing cause why he should not be sanctioned for his failure to appear at the case management hearing.

**IT IS SO ORDERED** on this 28th day of November, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE